FILED

AUG 25 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff: Lowell Green #00518622

v.

Case No. SA23CA1078JKP

Defendant: Judge Robert L. Pitman, et al.

please see attached complaint

1) 5th Cir. 17-50828 Quo Warranto Page 1 of 10
Green v. Judge Robert L. Pitman. 6:17-cv-226.
2) Deputy Clerk B.T. VI shall recuse for obstruction of justice, 18 USDC §401(12)(2012) every document filed in this court was reviewed by Mark A. Frazier U.S. Attorney Asst. Western District of Texas 800 Franklin Ave. Waco, Texas 76701, and the United States Department of Justice Federal Bureau of Investigator Scott A. Ryan he can impeach Xavier Rodriguez on every case. LOWELL DEQUINCY GREEN 292nd District Court of Dallas County, Texas. Arrest Date

Page 1. See other side.

Page 2 of 10

November 19, 1986 (Sheriff TX0570000 Dallas County, Texas. Booking Agency Case 369626, December 16, 1986 (6) years unauthorized use of a motor-propelled vehicle, namely: an automobile. SID-TX03036024 DOC)- Huntsville, Texas January 1987. Lowell DeQuincy Green. TDC No. 440123. FBI CRIMINAL Files Clarksburg, WV. Agency Case D76899 62312 NLN E202131200000027470/ FBI-OO UCN 34600AA. 28CFR § 16.30-

(3) A void Judgment can be challenged at anytime, illegal conviction renders every conviction obtained with that bad indictment placed in Josie A. Torres Connally

Page 2

Unit Mailroom Supervisor hands, Mailed U.S. District Clerk Western District of Texas 262 W. Nueva Street #1-400 San Antonio, Texas 78207. Judge Xavier Rodriguez cannot rule on a presumption

(4) Point of Constitutional error One: Article VI of the United States Constitution Mandate that all judges are bound to the Supreme Law of the Land. And all judicial officers shall take an Oath or Affirmation before entering office "do solemnly swear (or affirm) that I will faithfully execute the duties of United States District

Page 3. See other side.

Court Judge Art. III for the Western District of Texas San Antonio Division, and will to the best of my ability preserve, protect, and defend the Constitution and Laws of the United States and of the State of Texas. This Oath is solemnly sworn to by every judge who sits on the bench and with all due respect, any Judge who blatantly ignores the plain language of the Constitution should disqualify himself for inability to abide by the Rule of Law, to preserve, protect, and defend the Constitution of the United States and of this State

Page 4.

To do less amounts to dereliction of duty and subordination of a Tyranny Government.

(5) Xavier Rodriguez did not receive a 28 USC § 2254 Petition or 42 USC § 1983 Standard Form for Lowell DEQUINCY GREEN. Therefore, Judge Xavier Rodriguez cannot presume a life sentence, three aggravated robberies. 17-50828 (5th Cir. [Tex] 2017) Lowell DEQUINCY GREEN WRIT OF Quo Warranto on Judge Robert L. Pitman. USDC NO. 6:17-CV-226 (Original) Lowell DEQUINCY GREEN v. Warden Jeffrey Cato, Coffield Unit Classification Chief D. Francis, Page 5. See other side

5. Dorsey. Texas Parole Board, USDC No. 6:17-cv-430 (E.D.Tex. Tyler 2017) Magistrate Judge John D. Love, accepted informa pauperis LOWELL DEQUINCY GREEN, has no connections with Robert L. Pitman. 6:17-cv-226 (W.D.Tex. Waco 2017) Because, WR-82,981-06 (Dallas County, Texas 292nd District Court of Dallas County, Texas cause no. F86-69827-LV,

6. I, hereby challenge Xavier Rodriguez to produce complaint case 5:23-cv-00100y-XR For FBI Inspection. 17-50828 (same) 6:17-cv-226 (same)(6:17-cv-430) (Congress disallows Treason) on

page 6.

the bench. A judge must be acting within his jurisdiction and ruling on standard forms, not the illegal indictment on the file. Cause no. F86-69827-LV LOWELL DEQUINCY GREEN 292nd District Court of Dallas County, Texas November 19, 1986 - December 16, 1986 Judgment (60) years, may be challenged at any time, United States v. Cotton, 535 U.S. 625, 630 (2002) (Subject-Matter - jurisdiction never forfeited or waived; defects requires corrections regardless of whether error raised in district court) Challenge to court jurisdiction and claims that the indictment fails to state an offense may be brought

Page 7. See other side.

at any time. U.S. v. Scruggs, 714 F.3d 258, 262 (5th Cir. 2013) (jurisdictional challenge to indictment may be raised at any time) (5:23-CV-001004-XR)

Conclusion:

(7) The United States Supreme Court OFFICE OF THE CLERK WASHINGTON, D.C. 20543-0001 August 2, 2023 Filed Certiorari, 17-50829 Green v. Judge Robert L. Pitman, 6:17-cv-2216 (Quo Warranto) 6:17-cv-430 Magistrate Judge John Love, or (Xavier Rodriguez) is amendable in his enforcement capacities USDC NO. 5:23-CV-001004-XR, LeClerc v. Webb, 419 F.3d 405, 414 (5th Cir. 2005) (Judge is amenable to the instant suits in his en-

forcement capacities) See Carbon v. Green, 446 U.S. 14-22 (1980) Federal officials is sued for violating the Federal Constitution and making false statement and illegal rulings without jurisdiction, usurpation, trespassing on Dallas County 292nd District Court F86-69837-LV. November 19, 1986 (void) indictment under "Color of State law" Tex. Penal Code Ann. § 31.07, the State failed to allege 1986 Grand AM Pontiac Automobile, Make, Model, Color, License Plate Number, Year, Vehicle

Page 9, See other side

Identification Number, Value of the Automobile rendered the indictment fundamentally defective from the beginning. November 19, 1986, 17-50828 Writ of Quo Warranto cannot be ignored. Art. III, Sec 3 Treason, is impeachment. 6:17-CV-226 (W.D.TX) 2017, 6:17-CV-430 (S.D.TX) 2017, 5:23-CV-00004-XR (W.D.TX) 2023, $7.25 Million Dollars. 42 USDC § 9613(a)(2) Congress Mandate Collateral Estoppel. The Clerk shall File Complete pleading. Do Not ALTER NUMBERS. PRODUCE MY INDICTMENT. IF IT DO NOT BELONG TO You. Lowell Green

LOWELL DEQUINCY GREEN August 24, 2023

The FBI have Jurisdiction of Civil Rights Violations, Conspiracy (Federal) employees

Page 10.